# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SVETLANA GYULNAZARYAN., <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. ASTRUE, <br> Commissioner of Social Security, <br><br> Defendant. | Case No.: 1:11-at-00634 <br><br> **ORDER ON APPLICATION TO PROCEED IN FORMA PAUPERIS** <br><br> (Doc. 4) |

On October 7, 2011, Plaintiff Svetlana Gyulnazaryan ("Plaintiff") filed a complaint and an application to proceed *in forma pauperis*. (Docs. 1, 4.) The Court determined that Plaintiff's application to proceed *in forma pauperis* failed to provide a complete response to Question 2b; specifically, the application failed to provide the name and address of Plaintiff's last employer as required. As such, the Court cannot make a final determination as to Plaintiff's request to proceed *in forma pauperis*.

Accordingly, IT IS HEREBY ORDERED that Plaintiff file a revised application to proceed *in forma pauperis* within ten (10) days of the date of this order.

IT IS SO ORDERED.

**Dated:    October 26, 2011**        /s/ Sheila K. Oberto
                                      UNITED STATES MAGISTRATE JUDGE